**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 9, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00328-CV

---

**PATRICIA A. GRANT, PH.D., Appellant**

**V.**

**TEXAS STATE ATTORNEY GENERAL, OPEN GOVERNMENT RECORDS DIVISION; AND TEXAS HEALTH AND HUMAN SERVICES DEPARTMENT OF AGING AND DISABILITY SERVICES – OFFICE OF THE LONG-TERM CARE OMBUDSMAN PROGRAM OPEN RECORDS DIVISION, Appellees**

---

**On Appeal from the 261st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-18-002178**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed December 22, 2020. On August 19, 2021, appellant notified this court of her desire to dismiss this appeal. We

construe the notice as a motion to dismiss and as such, the motion is granted. *See* Tex. R. App. P. 42.1.

We dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.